IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANE FRANKLIN,

          Plaintiff,

v.                                          Case No. 14-cv-635

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.

## ORDER GRANTING
## DEFENDANT'S MOTION TO REMAND UNDER SENTENCE FOUR

The Commissioner's motion for an order remanding of this case for further proceedings under sentence four of 42 U.S.C. § 405(g) is GRANTED.

On remand, an administrative law judge (ALJ) will further evaluate Ms. Franklin's obesity, *see* Social Security Ruling 02-1p, the opinions of the State Agency medical consultants, Ms. Franklin's credibility, and Ms. Franklin's residual functional capacity. The ALJ will specify the maximum amount of time Ms. Franklin can stand, the maximum amount of time Ms. Franklin can walk, and the combined time that Ms. Franklin can stand or walk.

The ALJ will also obtain further vocational-expert testimony as necessary. In particular, the ALJ will obtain such testimony should he or she conclude that Ms.

Franklin has any limitations in her ability to sit throughout an eight-hour workday with normal breaks.

Dated: March 16, 2015

_____
HON. WILLIAM M. CONLEY
United States District Judge